UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER LADAY            CIVIL ACTION

VERSUS            19-424-SDD-EWD

VOLUNTEER OF AMERICA

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated September 20, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Complaint* is hereby dismissed without prejudice, with reinstatement allowed within thirty (30) days for good cause shown, for Plaintiff Christopher LaDay's failure to comply with Court orders and failure to keep the Court apprised of an address change.

Signed in Baton Rouge, Louisiana the 28 day of October, 2019.

           **CHIEF JUDGE SHELLY D. DICK**
           **UNITED STATES DISTRICT COURT**
           **MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.